IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRENTON WEBB,
ADC#155409                                                                PLAINTIFF

v.                        Case No. 5:16-cv-00116 KGB/JTR

JAME LAMB, *et al.*                                                      DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). Plaintiff Trenton Webb filed objections to Judge Ray's Recommendation (Dkt. No. 5). After review of Judge Ray's Recommendation and the timely objections, as well as a *de novo* review of the record, this Court adopts Judge Ray's Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 4).

It is therefore ordered that:

1. Mr. Webb's complaint is dismissed without prejudice for failing to state a claim upon which relief may be granted (Dkt. No. 2).

2. This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge